UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENYUN TYRONE GRAY,** aka **KENYAN T. GRAY** **LA. DOC #386824** | **CIVIL ACTION NO. 09-2125** **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STEVE PYLANT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

RULING

*Pro se* plaintiff Kenyun Tyrone Gray, proceeding *in forma pauperis*, filed the instant civil rights complaint pursuant to 42 U.S.C. §1983 on December 7, 2009. Plaintiff is an inmate in the custody of the Louisiana Department of Public Safety and Corrections. He alleges that he suffered mental and physical damages based on conditions and circumstances at the Franklin Parish Detention Center ("FPDC"), where he was formerly incarcerated.

On June 29, 2010, the Magistrate Judge issued a Report and Recommendation [Doc. No. 13] and Supplemental Report and Recommendation [Doc. No. 15] in which she recommended that Plaintiff's lawsuit be dismissed for failure to comply with the orders of the Court, even after he was sent a Notice of Intent to Dismiss. In her Supplemental Report and Recommendation, the Magistrate Judge found that, to the extent that a dismissal would result in a time bar to any subsequent lawsuit, there was a clear record of delay by Plaintiff and that no lesser sanction would better serve the interests of justice.

On July 27, 2010, Plaintiff submitted objections to the Clerk of Court. Plaintiff admits that he received the Magistrate Judge's March 18, 2010 Order and the forms forwarded by the Clerk of Court. However, he contends that returned the forms to the Clerk of Court in

Shreveport, Louisiana.  He also denies that he received the May 10, 2010 Notice of Intent to Dismiss.  Thus, Plaintiff denies that he failed to comply with the March 18, 2010 Order and denies that he even received the May 10, 2010.

The Court also notes that on July 13, 2010, the Clerk of Court received from the Postal Service the copy of the Supplemental Report and Recommendation forwarded to Plaintiff at the Richwood Correctional Center.  The envelope was marked "Return to Sender.  Not Deliverable as Addressed.  Unable to Forward."

However, in his objections, Plaintiff lists his address the same as that listed on the envelope recently returned to the Clerk's Office: Kenjun Tyrone Gray, #368824, Richwood Correctional Center, 180 Pine Bayou Circle, Monroe, LA 71202.

In light of Plaintiff's representations and some apparent confusion with regard to the delivery of Plaintiff's mail, the Court DECLINES TO ADOPT the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation and to dismiss Plaintiff's case at this time.  The Clerk of Court is directed to serve Plaintiff with two additional summons forms and one additional USM 285 form for each Defendant.  Plaintiff is to complete the forms and return them to the Clerk of Court by September 17, 2010, for eventual service by the United States Marshal.

MONROE, LOUISIANA, this 17th day of August, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE