RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| KENYUN TYRONE GRAY, aka KENYAN T. GRAY LA. DOC #386824 | CIVIL ACTION NO. 09-2125 SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| STEVE PYLANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 38] and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint is DISMISSED in accordance with Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

MONROE, LOUISIANA, this 8 day of June, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE